**CR 19-165**     GARAUFIS, J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR - 3 2019 ★
BROOKLYN OFFICE

GARAUFIS, J.

PROB 22
(Rev. 2/88)

DOCKET NUMBER (Tran. Court)
1:16CR03063-001WJ

## TRANSFER OF JURISDICTION

DOCKET NUMBER (Rec. Court)

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Edward Lewis | New Mexico | Albuquerque |
| | NAME OF SENTENCING JUDGE | |
| | William P. Johnson, Chief United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01/06/2019 | TO 01/03/2022 |

OFFENSE
Possession with Intent to Distribute Heroin in violation of 21 U.S.C. 841(b)(1)(C)

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF **New Mexico** _____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Eastern District of New York** _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| February 26, 2019 | /S/ William P. Johnson |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Eastern** _____ DISTRICT OF **New York** _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| _____ | _____ |
|---|---|
| Effective Date | United States District Judge |

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR - 3 2019 ★

BROOKLYN OFFICE

# UNITED STATES PROBATION OFFICE
## DISTRICT OF NEW MEXICO
### PROBATION and PRETRIAL OFFICE

### Margaret Vigil, Chief

333 LOMAS BLVD. NW, STE 170
ALBUQUERQUE, NM 87102-9844
(505) 348-2600

800 EAST 30TH STREET
BUILDING 5, SUITE A
FARMINGTON, NM 87401
(505) 325-5099

909 METRO AVENUE
GALLUP, NM 87301-5384
(505) 726-1660

100 NORTH CHURCH STREET
LAS CRUCES, NM 88001
(575) 528-1500

500 NORTH RICHARDSON
ROOM 309
ROSWELL, NM 88201
(575) 624-1043

120 SOUTH FEDERAL PLACE
ROOM 304
SANTA FE, NM 87501
(505) 988-6638



Respond to: Albuquerque

March 19, 2019

**CR 19-165**

**GARAUFIS, J.**

Courtney Cooke
United States Probation Office
Eastern District of New York

Re: Edward Lewis
Docket No: 1:16CR03063-001WJ
<u>TRANSFER OF JURISDICTION TO THE EASTERN DISTRICT OF NEW YORK</u>

Dear Ms. Cooke,

This letter is written in response to your district accepting Transfer of Jurisdiction on this case. Attached is the Probation Form 22 – Transfer of Jurisdiction Order, which has been signed by United States District Judge William Paul Johnson. Please process this form in your district for judicial approval and return to me for filing in the District of New Mexico.

Thank you for your assistance. Should you have any questions, please contact me at (505) 348-2644.

Sincerely,

Sandy Hernandez
United States Probation Officer Support Specialist

#2570653